

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

JAN 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-674 |
| Originating Case Number: | 2:25-cv-00127-JCC |
| Short Title: | State of Washington, et al. v. Trump, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**The $605 docketing fee remains due.** Failure to correct this deficiency within 14 days will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the district court or the tax court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 25-674
Originating Case Number: 2:25-cv-00127-JCC

Case Title: State of Washington, et al. v. Trump, et al.

**Wednesday, March 12, 2025**

| | |
|---|---|
| William Nelson | Appeal Opening Brief (No Transcript Due) |

**Monday, April 14, 2025**

| | |
|---|---|
| State of Washington | Appeal Answering Brief (No Transcript Due) |
| State of Arizona | Appeal Answering Brief (No Transcript Due) |
| State of Illinois | Appeal Answering Brief (No Transcript Due) |
| State of Oregon | Appeal Answering Brief (No Transcript Due) |
| Delmy Franco Aleman | Appeal Answering Brief (No Transcript Due) |
| Cherly Norales Castillo | Appeal Answering Brief (No Transcript Due) |
| Alicia Chavarria Lopez | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| Donald J. Trump | Appeal Answering Brief (No Transcript Due) |
| United States Department of Homeland Security | Appeal Answering Brief (No Transcript Due) |
| Benjamine Huffman | Appeal Answering Brief (No Transcript Due) |
| Social Security Administration | Appeal Answering Brief (No Transcript Due) |
| Michelle King | Appeal Answering Brief (No Transcript Due) |
| United States Department of State | Appeal Answering Brief (No Transcript Due) |
| Marco Rubio | Appeal Answering Brief (No Transcript Due) |
| United States Department of Health and Human Services | Appeal Answering Brief (No Transcript Due) |
| Dorothy Fink | Appeal Answering Brief (No Transcript Due) |
| United States Department of Agriculture | Appeal Answering Brief (No Transcript Due) |
| Gary Washington | Appeal Answering Brief (No Transcript Due) |
| United States of America | Appeal Answering Brief (No Transcript Due) |
| DOJ - United States Department of Justice | Appeal Answering Brief (No Transcript Due) |
| James R. McHenry, III | Appeal Answering Brief (No Transcript Due) |
| Jeff Wu | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**