| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | APR 14 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF WASHINGTON; et al.,

    Plaintiffs - Appellees,

v.

DONALD J. TRUMP; et al.,

    Defendants - Appellees,

v.

WILLIAM NELSON, Proposed Intervenor,

    Movant - Appellant.

No. 25-674

D.C. No. 2:25-cv-00127-JCC
Western District of Washington, Seattle

ORDER

Appellant has not filed a motion to proceed in forma pauperis or proof that fees were paid to the district court, as ordered by this court on March 4, 2025.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT